BENIAMINO VERDE, Respondent, v. CHELSEA EXCHANGE BANK, Appellant.—

App. Div.] Second Department, December, 1927.

Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.